[Nos. 13617-5-III;  Division Three.  November 30, 1995.]
13618-3-III.

*In the Matter of the Welfare of* A.M., ET AL.

JANE S.M., *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for
Yakima County, Nos. 92-7-00222-9 and 92-7-00223-7, Ste-
phen M. Brown, J., entered October 22, 1993. *Affirmed* by
unpublished opinion per Thompson, C.J., concurred in by
Sweeney and Schultheis, JJ.

[No. 14065-2-III.  Division Three.  November 30, 1995.]

ERMA LINDA HERNANDEZ, *Appellant*, v. JANIS
BROXSON, *Respondent.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 93-2-00749-1, Carolyn A. Brown, J.,
entered April 29, 1994. *Reversed* by unpublished opinion
per Munson, J., concurred in by Thompson, C.J., and
Schultheis, J.

[No. 17102-3-II.  Division Two.  November 30, 1995.]

ROBERT McDONOUGH, ET AL., *Respondents*, v.
MILDRED L. McCLURG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87-2-00949-7, Vicki L. Hogan, J., entered April
16, 1993. *Affirmed in part, reversed in part*, and *remanded*
by unpublished opinion per Morgan, J., concurred in by
Houghton, A.C.J., and Fleisher, J.

[No. 17299-2-II.  Division Two.  November 30, 1995.]

DARRELL E. LEE, *Appellant*, v. WILLARD McDOWELL,
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 91-2-01568-0, Barbara D. Johnson, J., entered
June 7, 1993. *Affirmed* by unpublished opinion per Sein-
feld, C.J., concurred in by Morgan and Houghton, JJ.